**600**

Ann Hathaway, appellee, v. A. R. Shannon, appellant. Gen. No. 35,394.

Heard in the second division of this court for the first district at the October term, 1931. Opinion filed February 23, 1932.

Joseph H. Hinshaw, for appellant. Joseph D. Ryan and Louis P. Miller, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Union Bank of Chicago, administrator of the estate of Jeanne Lola Nauman, defendant in error, v. E. A. Kalkhurst et al., defendants. Gertrude Hammes, plaintiff in error. Gen. No. 35,408.

Heard in the second division of this court for the first district at the October term, 1931. Opinion filed February 23, 1932.

Church, Haft, Robertson, Crowe & Spence, for plaintiff in error; William T. Church and Burt A. Crowe, of counsel. Philip Rosenthal and Stuart P. Krohn, for defendant in error; Stuart B. Krohn, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Bert L. T. Woods, appellant, v. Frank A. Mulholland, appellee. Gen. No. 35,415.

Heard in the second division of this court for the first district at the October term, 1931. Opinion filed February 23, 1932.

W. F. McLaughlin, for appellant. Deneen, Healy & Lee, for appellee; Harry W. Lippincott and Donald N. Schaffer, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Benjamin Ansehl, appellee, v. Edgewater Beach Hotel Company, appellant. Gen. No. 35,450.

Heard in the second division of this court for the first district at the October term, 1931. Opinion filed February 23, 1932.

C. E. Heckler, for appellant. Joseph D. Ryan and Edmund M. Sinnott, for appellee.

Mr. Justice Kerner delivered the opinion of the court.